UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANNY BATISTA, etc.,
    Plaintiff,

vs.                                       CASE NO. 8:14-CIV-2874-T-EAK-EAJ

OS RESTAURANT SERVICES, LLC., etc.,
    Defendant.
_____/

**ORDER**

This cause is before the Court on the motion for approval of settlement agreement and dismissal of the case with prejudice (Docket No. 29). The Court finds the motion well-taken. Accordingly, it is

**ORDERED** that the motion for approval of settlement agreement and dismissal of the case with prejudice (Docket No. 29) be **granted**, the settlement is approved by the Court, and the case is dismissed with prejudice. The Clerk of Court is directed to close this case and to terminate any pending motions.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 15th day of March, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record